Trudy A. Nowak
2001 E. Campbell Ave., Suite 201
Phoenix, AZ 85016

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | § | Case No. 4:12-BK-17076-BMW |
| | § | |
| LON W. ENOS | § | |
| | § | |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/31/2012. The undersigned trustee was appointed on 07/31/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $5,142.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $260.00 |
   | Bank service fees | $13.44 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $2,141.33 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $2,727.23 |

   The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 12/13/2013 and the deadline for filing government claims was 12/13/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $750.17. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $60.00 as interim compensation and now requests the sum of $690.17, for a total compensation of $750.17[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $48.48, for total expenses of $48.48.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/30/2013   By: /s/ Trudy A. Nowak
                       Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011)

Case 4:12-bk-17076-BMW   Doc 55   Filed 01/23/14   Entered 01/23/14 14:22:26   Desc
Main Document    Page 2 of 12

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1     Exhibit A

Case No.: 12-17076-BMW
Case Name: ENOS, LON W.
For the Period Ending: 12/30/2013

Trustee Name: Trudy A. Nowak
Date Filed (f) or Converted (c): 07/31/2012 (f)
§341(a) Meeting Date: 11/13/2012
Claims Bar Date: 12/13/2013

| Ref. # | 1 Asset Description (Scheduled and Unscheduled (u) Property) | 2 Petition/ Unscheduled Value | 3 Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA =§ 554(a) abandon. | 5 Sales/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2012 Tax Refunds (u) | $0.00 | $1,000.00 | | $5,142.00 | FA |
| 2 | Diamond Resorts Timeshare | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 3 | Residence 802 S Mann Ave Tucson, AZ 85710 | $140,000.00 | $0.00 | | $0.00 | FA |
| 4 | Arizona State Savings and Credit Union - Savings | $148.78 | $148.78 | | $0.00 | FA |
| 5 | Arizona State Savings and Credit Union - Savings #6002 | $5.00 | $0.00 | | | FA |
| 6 | AZ State Savings and Credit and Credit Union - Checkin $6002 | $59.91 | $0.00 | | $0.00 | FA |
| 7 | USAA Bank Checking #6741 | $82.05 | $0.00 | | $0.00 | FA |
| 8 | USSA Bank Savings #6741 | $50.00 | $46.96 | | $0.00 | FA |
| 9 | 2 Beds | $250.00 | $0.00 | | $0.00 | FA |
| 10 | Bedding | $75.00 | $0.00 | | $0.00 | FA |
| 11 | Couch | $100.00 | $0.00 | | $0.00 | FA |
| 12 | Dining Room Table/Chairs | $200.00 | $0.00 | | $0.00 | FA |
| 13 | Lamp | $50.00 | $0.00 | | $0.00 | FA |
| 14 | Portraits/Frames | $50.00 | $0.00 | | $0.00 | FA |
| 15 | Stereo | $150.00 | $0.00 | | $0.00 | FA |
| 16 | Books | $75.00 | $0.00 | | $0.00 | FA |
| 17 | Clothing | $300.00 | $0.00 | | $0.00 | FA |
| 18 | 1 Bicycle | $25.00 | $0.00 | | $0.00 | FA |
| 19 | 1 Pistol | $75.00 | $0.00 | | $0.00 | FA |
| 20 | 1 Shotgun | $50.00 | $0.00 | | $0.00 | FA |
| 21 | American Century Investments | $8,515.41 | $0.00 | | $0.00 | FA |
| 22 | The Hartford | $27,672.79 | $0.00 | | $0.00 | FA |
| 23 | 2011 Federal Tax | $6,000.00 | $6,000.00 | | $0.00 | FA |
| 24 | 2011 State Tax | $200.00 | $200.00 | | $0.00 | FA |
| 25 | 1977 Jeep CJ5 | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 26 | 2007 Suzuki Boulevard Motorcycle | $2,000.00 | $435.00 | | $0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 12-17076-BMW | | | Trustee Name: | Trudy A. Nowak |
|---|---|---|---|---|---|
| Case Name: | ENOS, LON W. | | | Date Filed (f) or Converted (c): | 07/31/2012 (f) |
| For the Period Ending: | 12/30/2013 | | | §341(a) Meeting Date: | 11/13/2012 |
| | | | | Claims Bar Date: | 12/13/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 2   2007 Toyota Yaris | $6,000.00 | $0.00 | | $0.00 | FA |

TOTALS (Excluding unknown value)         $194,133.94        $9,830.74              $5,142.00

Gross Value of Remaining Assets
                                                                                           $0.00

**Major Activities affecting case closing:**
01/24/2013    Case closed...dkw
09/08/2013    Case re-opened for administration of 2012 tax refund..dkw
              9.18.13 EM from D showing 2012 refunds are $1702/229.
12/17/2013    Reviewed claims; requested download of scheduled claims for linking...llm
12/26/2013    CONCLUDED scheduled claims input; linked claims...llm

Initial Projected Date Of Final Report (TFR):  12/31/2013       Current Projected Date Of Final Report (TFR): 12/30/2013       /s/ TRUDY A. NOWAK
                                                                                                                              _____
                                                                                                                              TRUDY A. NOWAK

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1    Exhibit B

| Case No.: | 12-17076-BMW | | Trustee Name: | Trudy A. Nowak |
|---|---|---|---|---|
| Case Name: | ENOS, LON W | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***1763 | | Checking Acct #: | ******7076 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 7/31/2012 | | Blanket bond (per case limit): | $72,661,955.00 |
| For Period Ending: | 12/30/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/09/2013 | (1) | UNITED STATES TREASURY | Federal tax refund | 1224-000 | $5,142.00 | | $5,142.00 |
| 09/12/2013 | 3001 | Lon W Enos | Debtor(s)' portion of 2012 Federal tax refund | 8500-002 | | $2,141.33 | $3,000.67 |
| 09/12/2013 | 3002 | U.S. Bankruptcy Court, Arizona | Re-Open Fee | 2700-000 | | $260.00 | $2,740.67 |
| 09/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $4.77 | $2,735.90 |
| 10/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $4.41 | $2,731.49 |
| 11/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $4.26 | $2,727.23 |
| | | | **TOTALS:** | | $5,142.00 | $2,414.77 | $2,727.23 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $5,142.00 | $2,414.77 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $5,142.00 | $2,414.77 | |

**For the period of 7/31/2012 to 12/30/2013**

| | | **For the entire history of the account between 09/09/2013 to 12/30/2013** | |
|---|---|---|---|
| Total Compensable Receipts: | $5,142.00 | Total Compensable Receipts: | $5,142.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,142.00 | Total Comp/Non Comp Receipts: | $5,142.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $273.44 | Total Compensable Disbursements: | $273.44 |
| Total Non-Compensable Disbursements: | $2,141.33 | Total Non-Compensable Disbursements: | $2,141.33 |
| Total Comp/Non Comp Disbursements: | $2,414.77 | Total Comp/Non Comp Disbursements: | $2,414.77 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 12-17076-BMW | Trustee Name: | Trudy A. Nowak |
| --- | --- | --- | --- |
| Case Name: | ENOS, LON W. | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***1763 | Checking Acct #: | ******7076 |
| Co-Debtor Taxpayer ID #: |  | Account Title: |  |
| For Period Beginning: | 7/31/2012 | Blanket bond (per case limit): | $72,661,955.00 |
| For Period Ending: | 12/30/2013 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- | --- | --- |
|  |  |  | $5,142.00 | $2,414.77 | $2,727.23 |

**For the period of 7/31/2012 to 12/30/2013**                                    **For the entire history of the case between 07/31/2012 to 12/30/2013**

| Total Compensable Receipts: | $5,142.00 | Total Compensable Receipts: | $5,142.00 |
| --- | --- | --- | --- |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,142.00 | Total Comp/Non Comp Receipts: | $5,142.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $273.44 | Total Compensable Disbursements: | $273.44 |
| Total Non-Compensable Disbursements: | $2,141.33 | Total Non-Compensable Disbursements: | $2,141.33 |
| Total Comp/Non Comp Disbursements: | $2,414.77 | Total Comp/Non Comp Disbursements: | $2,414.77 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ TRUDY A. NOWAK
_____
TRUDY A. NOWAK

**Case No.:** 12-17076-BMW
**Case Name:** ENOS, LON W.
**Claims Bar Date:** 12/13/2013

**Trustee Name:** Trudy A. Nowak
**Date:** 12/30/2013

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | TRUDY A. NOWAK  2001 E. Campbell Ave., Suite 201  Phoenix AZ 85016 | 12/17/2013 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $48.48 | $48.48 | $0.00 | $0.00 | $0.00 | $48.48 |
|  | TRUDY A. NOWAK  2001 E. Campbell Ave., Suite 201  Phoenix AZ 85016 | 12/30/2013 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $750.17 | $690.17 | $0.00 | $0.00 | $0.00 | $690.17 |
| 1 | ATLAS ACQUISITIONS LLC  asgne of WaMu  294 Union St  Hackensack NJ 07601 | 11/22/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $2,809.00 | $2,808.76 | $2,808.76 | $0.00 | $0.00 | $0.00 | $2,808.76 |
| 2 | DISCOVER BANK  DB Servicing Corporation  PO Box 3025  New Albany OH 43054-3025 | 11/26/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $4,380.00 | $4,380.98 | $4,380.98 | $0.00 | $0.00 | $0.00 | $4,380.98 |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR  Midland Funding LLC  PO Box 268941  Oklahoma City OK 73126-8941 | 11/30/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $3,751.00 | $3,750.57 | $3,750.57 | $0.00 | $0.00 | $0.00 | $3,750.57 |
| 4 | ARIZONA STATE CREDIT UNION  2355 W PINNACLE PEAK RD  PHOENIX AZ 85027 | 02/08/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $500.00 | $129.83 | $129.83 | $0.00 | $0.00 | $0.00 | $129.83 |
| Claim Notes: | (4-1) UNSECURED | | | | | | | | | | | |
| 5 | AMERICAN EXPRESS CENTURION BANK  c o Becket and Lee LLP  POB 3001  Malvern PA 19355-0701 | 10/17/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $3,898.00 | $3,898.46 | $3,898.46 | $0.00 | $0.00 | $0.00 | $3,898.46 |

**Case No.:** 12-17076-BMW    **Trustee Name:** Trudy A. Nowak
**Case Name:** ENOS, LON W.    **Date:** 12/30/2013
**Claims Bar Date:** 12/13/2013

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | ECAST SETTLEMENT CORP<br>PO Box 7247-6971<br>Philadelphia PA 19170-6971 | 11/12/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,565.82 | $1,565.82 | $0.00 | $0.00 | $0.00 | $1,565.82 |
| **Claim Notes:** Listed Schedule D ||||||||||||||
| 7 | CAPITAL ONE NA (BEST BUY CO INC)<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson AZ 85712 | 11/13/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $491.00 | $491.74 | $491.74 | $0.00 | $0.00 | $0.00 | $491.74 |
| | | | | | | | **$17,824.81** | **$17,764.81** | **$0.00** | **$0.00** | **$0.00** | **$17,764.81** |

**Case No.** 12-17076-BMW       **Trustee Name:** Trudy A. Nowak
**Case Name:** ENOS, LON W.       **Date:** 12/30/2013
**Claims Bar Date:** 12/13/2013

## CLAIM CLASS SUMMARY TOTALS

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured 726(a)(2) | $17,026.16 | $17,026.16 | $0.00 | $0.00 | $0.00 | $17,026.16 |
| Trustee Compensation | $750.17 | $690.17 | $0.00 | $0.00 | $0.00 | $690.17 |
| Trustee Expenses | $48.48 | $48.48 | $0.00 | $0.00 | $0.00 | $48.48 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:  4:12-BK-17076-BMW
Case Name:  LON W. ENOS
Trustee Name:  Trudy A. Nowak

Balance on hand: $2,727.23

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $2,727.23

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
| --- | ---: | ---: | ---: |
| Trudy A. Nowak, Trustee Fees | $750.17 | $60.00 | $690.17 |
| Trudy A. Nowak, Trustee Expenses | $48.48 | $0.00 | $48.48 |
| U.S. Bankruptcy Court, Arizona, Court Fee | $260.00 | $260.00 | $0.00 |

Total to be paid for chapter 7 administrative expenses: $738.65
Remaining balance: $1,988.58

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $1,988.58

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $1,988.58

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $17,026.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Atlas Acquisitions LLC | $2,808.76 | $0.00 | $328.06 |
| 2 | Discover Bank | $4,380.98 | $0.00 | $511.68 |
| 3 | American InfoSource LP | $3,750.57 | $0.00 | $438.05 |
| 4 | ARIZONA STATE CREDIT UNION | $129.83 | $0.00 | $15.16 |
| 5 | American Express Centurion Bank | $3,898.46 | $0.00 | $455.32 |
| 6 | eCAST Settlement Corp | $1,565.82 | $0.00 | $182.88 |
| 7 | Capital One NA (Best Buy Co Inc) | $491.74 | $0.00 | $57.43 |

Total to be paid to timely general unsecured claims: $1,988.58
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00

Remaining balance: $0.00